# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2011

142612

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

JOEL DARNELL FARROW,
            Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142612
COA: 293960
Ingham CC: 08-001068-FC

On order of the Court, the application for leave to appeal the December 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

y0516